SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st Floor
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*Admitted in New Jersey

October 21, 2026

Application GRANTED. The Clerk of Court is directed to terminate Doc. #21

SO ORDERED.

October 21, 2026

BY ECF

Hon. Jesse M. Furman
United States District Court
500 Pearl Street, Courtroom 24B
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: United States v. Dinelli,
26 CR 443 (JMF)

Dear Judge Furman:

I write to advise the Court of the status of Mr. Dinelli's satisfaction of his bail conditions, and to make an application for an extension of the time by which Mr. Dinelli's bail conditions must be satisfied. I have discussed this application with the government, and I am informed that the U.S. Attorney's Office has no objection to it.

As the Court is aware from presiding over the defendant's arraignment on October 7, the Court set bail with a requirement that the defendant produce three co-signers for his $1 million Personal Recognizance Bond. At that time, the Court gave the defendant two weeks to produce those three co-signers. At the end of last week, I identified three co-signers to the government for interview, but one of them suddenly withdrew. The defendant is now seeking a new third co-signer, and I believe we will have one shortly. For the Court's information, I understand the government has interviewed one of the defendant's remaining two co-signers, and is attempting to interview the second remaining co-signer, so things are on track.

As the Court can see from the foregoing description, the defendant needs additional time to get

his co-signers in place and satisfy the conditions of his bail. For that reason, I respectfully request that the Court extend the time for the defendant to satisfy his bail conditions an additional week, to October 28, 2026. If the Court is inclined to grant this application, it may do so by signing this letter at the "So Ordered" signature line below.

I will keep the government and the Court updated as further developments occur, and as may be necessary.

Respectfully submitted,
*Roland G. Riopelle*
Roland G. Riopelle

The Defendant, Christopher Dinelli, having made an application to extend the time by which to provide three co-signers for his personal recognizance bond to October 28, 2026, and the government having no objection to this application, and good cause appearing to grant this application,

IT IS HEREBY ORDERED THAT the time by which the Defendant must provide three co-signers for his personal recognizance bond is extended to October 28, 2026.

IT IS SO ORDERED:

____________________________
HON. JESSE M. FURMAN
U. S. D. J.